UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ETHOSENERGY (GBR) LIMITED, fka, WOOD GROUP GAS TURBINE SERVICES, LTD., | ) ) ) ) | Case No.: 1:17 CV 2608 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| PACS SWITCHGEAR, LLC, *et al.*, | ) ) | |
| Defendants | ) | ORDER |

The court held a telephonic conference hearing on the record with counsel for the parties in the within case on April 5, 2019, at 2:30 p.m.

During the hearing, the court and the parties discussed Plaintiff's Motion for Sanctions (ECF No. 21) and Defendants' Motion for Leave to Withdraw Answer and Affirmative Defenses (ECF No. 23), both of which are currently pending before the court.

After talking to counsel for the parties, the court grants Plaintiff's Motion for Sanctions, and does so in the context where the defendant has not responded to motions to compel discovery, has not complied with a court order to compel discovery, and has only provided a partial response on the day of a telephonic conference hearing to discovery requests made over six months ago. Consequently, the court grants the sanction of attorney's fees pursuant to Federal Rule of Civil Procedure 37(c), but denies other sanctions as requested by Plaintiff. Plaintiff shall file an affidavit supporting its request for fees. The court will issue a more complete order with respect to Plaintiff's

Motion for Sanctions thereafter.

In light of the passage of the discovery deadline previously set in the court's Minute Order of the Case Management Conference held on July 10, 2018 (ECF No. 18), the new discovery deadlines shall be as follows:

Defendants shall respond to Plaintiff's initial discovery requests by April 12, 2019.

The discovery cut-off is June 12, 2019.

The dispositive motion deadline is July 12, 2019.

Finally, counsel for Defendants stated that they wished to withdraw their Motion for Leave to Withdraw Answer and Affirmative Defenses.

For the foregoing reasons, the court grants Plaintiff's Motion for Sanctions (ECF No. 21), pursuant to a forthcoming order following Plaintiff's affidavit in support of the award of attorney's fees, and Defendants' Motion for Leave to Withdraw Answer and Affirmative Defenses (ECF No. 23) is withdrawn.

IT IS SO ORDERED.

/*s*/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

April 5, 2019