**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

ETHOSENERGY (GBR) LIMITED f/k/a WOOD GROUP GAS TURBINE SERVICES, LTD.

Plaintiff,

vs.

PACS SWITCHGEAR, LLC, PACS INDUSTRIES, INC., an Ohio corporation, and PACS INDUSTRIES, INC., a New York corporation,

Defendant.

No: 1:17-cv-02608-SO

Judge Solomon Oliver, Jr.

**MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(2)**

Plaintiff, EthosEnergy (GBR) Limited f/k/a Wood Group Gas Turbine Services, Ltd. ("Ethos"), by and through its attorneys, Tucker Arensberg, P.C., files the within Motion to Voluntarily Dismiss Without Prejudice Pursuant to Rule 41(a)(2), stating as follows:

1. Plaintiff, EthosEnergy (GBR) Limited f/k/a Wood Group Gas Turbine Services, Ltd. ("Ethos") commenced this action against, inter alia, PACS Switchgear, LLC ("PACS"), asserting claims for breach of warranty arising out of the purchase of twelve (12) generator circuit breakers for installation at a power plant being constructed by Ethos in Ashkelon, Israel.

2. Ethos is informed that, earlier this year, PACS ceased business operations and liquidated its assets.

3. Given these events, Ethos hereby requests that this Court dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, Plaintiff, EthosEnergy (GBR) Limited f/k/a Wood Group Gas Turbine Services, Ltd., respectfully requests that this Honorable Court grant the within Motion to Voluntarily Dismiss Without Prejudice Pursuant to Rule 41(a)(2).

Respectfully submitted,

TUCKER ARENSBERG, P.C.

By: s/Jeremy V. Farrell
Jeremy V. Farrell, Esquire
Ohio I.D. No. 0087790
*jfarrell@tuckerlaw.com*

Christopher W. Cahillane, Esquire
Pa. I.D. No. 75977
*ccahillane@tuckerlaw.com*
*(Admitted Pro Hac Vice)*

1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212

Counsel for Plaintiff, EthosEnergy (GBR) Limited f/k/a Wood Group Gas Turbine Services, Ltd